1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11
12  ROSA MARIA FRAUSTO DE CONRADO,)    No. SACV 13-304-SVW(CW)
                                   )
13              Petitioner,        )    JUDGMENT
                                   )
14         v.                      )
                                   )
15  SANTA ANA CA FIELD OFFICE      )
    DIRECTOR, et al.,              )
16                                 )
                Respondents.       )
17  _____)
18
19      **IT IS ADJUDGED** that the petition is dismissed as moot.
20
21  DATED:    7/16/13
22
23                                   _____
                                        STEPHEN V. WILSON
24                                   United States District Judge
25
26
27
28